UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANTE H. PATTISON,<br><br>Plaintiff<br><br>v.<br><br>JOE LOMBARDO, et al.,<br><br>Defendants | Case No. 3:25-cv-00502-ART-CSD<br><br>**ORDER** |

## I. DISCUSSION

Plaintiff, has filed a motion "seeking relief." (ECF No. 7.) In his motion, Plaintiff states that Jeannine Vine Ornelles has refused to return the documents that he filed in this case. (*Id.* at 1.) As a result, Plaintiff cannot prepare an amended complaint. (*Id.*) Plaintiff asks that the Court take judicial notice of documents that he filed in two other cases. (*Id.* at 2.) To the extent that Plaintiff is asking that the Court consider documents filed in other cases when screening his complaint, his request is denied. The Court will not piecemeal Plaintiff's operative complaint together from multiple filings, much less multiple filings from multiple cases. Plaintiff's operative complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit. However, the Court will send Plaintiff a courtesy copy of the complaint in this case, to assist him in preparing any amended complaint. The Court gives Plaintiff until September 5, 2026, to file a first amended complaint.

Plaintiff has also filed a motion requesting that claim four from his complaint be severed and transferred to another pending case. (ECF No. 8.) Additionally, he has filed a motion stating that claims one, two, five, and six have been brought in other cases, and he requests that those claims be severed from this case. (ECF No. 9.)

Plaintiff's request that the Court not consider claims one, two, four, five, or six from the complaint is granted. However, his request that claim four be transferred to another pending case is denied. If Plaintiff wishes to bring that claim in a different case, he must

file the appropriate motion in that case. While the Court grants Plaintiff's request to disregard claims one, two, four, five, and six in the complaint, the Court notes that if Plaintiff files an amended complaint, he can simply leave those claims out because an amended complaint supersedes (replaces) the original complaint.

If Plaintiff chooses to file a first amended complaint, he is advised that because an amended complaint supersedes any previously filed complaint, the amended complaint must be complete in itself. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original complaint is irrelevant; an amended pleading supersedes the original"); *see also Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (holding that for claims dismissed with prejudice, a plaintiff is not required to reallege such claims in a subsequent amended complaint to preserve them for appeal). Therefore, Plaintiff's first amended complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit. Moreover, Plaintiff must file the first amended complaint on this Court's approved prisoner civil rights form, and it must be entitled "First Amended Complaint."

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff is granted leave to file a first amended complaint on or before **September 5, 2026**.

IT IS FURTHER ORDERED that the Clerk of the Court will send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and a courtesy copy of his complaint (ECF No. 1-1). If Plaintiff chooses to file a first amended complaint, he must use the approved form and he will write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

IT IS FURTHER ORDERED that Plaintiff's request that the Court take judicial notice of his filings in other cases (ECF No. 7) is denied.

IT IS FURTHER ORDERED that Plaintiff's request that claims one, two, four, five, and six be severed from the complaint (ECF Nos. 8, 9) is granted.

IT IS FURTHER ORDERED that Plaintiff's request that claim four be transferred to a different case (ECF No. 8) is denied. Plaintiff must file the appropriate motion in that case.

DATED THIS 6th day of August 2026

UNITED STATES MAGISTRATE JUDGE